IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN FRASER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASUS COMPUTER INTERNATIONAL, a California Corporation, ASUSTEK COMPUTER, INC., a Taiwanese Corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-00652 WHA<br><br>**ORDER DENYING REQUEST TO STAY PROCEEDINGS** |

　　　This is a putative class action. The parties have submitted a stipulation and proposed order stating, "[t]he Parties in the above-captioned matter have recently begun discussing a potential resolution of the action," and have requested a temporary stay of proceedings in order "to discuss resolution further" (Dkt. No. 19 at 2). On February 13, 2012, the Court issued a notice regarding factors to be evaluated for any proposed class settlement. In relevant part, the notice stated: "Counsel should remember that merely filing a putative class complaint does not authorize them to compromise the rights of absent parties. *If counsel believes settlement discussions should precede a class certification, a motion for appointment of interim class counsel must first be made*" (Dkt. No. 6 at 4). No such motion has been made. Counsel shall not engage in settlement discussions prior to appointment of interim class counsel. The

motion to stay proceedings to permit discussion of a potential resolution of this putative class action is **DENIED**. All deadlines remain.

**IT IS SO ORDERED.**



Dated: May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE