United States District Court

For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   COLIN FRASER, individually and on                    No. C 12-00652 WHA
     behalf of all others similarly situated,
11
12              Plaintiff,
                                                           **ORDER DENYING REQUEST
13        v.                                               TO STAY PROCEEDINGS**

14   ASUS COMPUTER INTERNATIONAL, a
     California Corporation, ASUSTEK
15   COMPUTER, INC., a Taiwanese
     Corporation,
16
                Defendants.
17   ————————————————————/

18         This is a putative class action.  The parties have submitted a stipulation and proposed

19   order stating, "[t]he Parties in the above-captioned matter have recently begun discussing a

20   potential resolution of the action," and have requested a temporary stay of proceedings in order

21   "to discuss resolution further" (Dkt. No. 19 at 2).  On February 13, 2012, the Court issued a

22   notice regarding factors to be evaluated for any proposed class settlement.  In relevant part, the

23   notice stated:  "Counsel should remember that merely filing a putative class complaint does not

24   authorize them to compromise the rights of absent parties.  *If counsel believes settlement*

25   *discussions should precede a class certification, a motion for appointment of interim class*

26   *counsel must first be made*" (Dkt. No. 6 at 4).  No such motion has been made.  Counsel shall not

27   engage in settlement discussions prior to appointment of interim class counsel.  The

28

motion to stay proceedings to permit discussion of a potential resolution of this putative class action is **DENIED**.  All deadlines remain.

      **IT IS SO ORDERED.**

Dated:  May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2