IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN FRASER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ASUS COMPUTER INTERNATIONAL, a California Corporation, and ASUSTEK COMPUTER, INC., a Taiwanese Corporation,<br><br>      Defendants. | No. C 12-00652 WHA<br><br>**ORDER APPOINTING INTERIM CLASS COUNSEL** |

Pursuant to Federal Rule of Civil Procedure 23(g) and for the reasons stated at the case management conference held on May 23, 2012, the following attorneys are **APPOINTED** as interim class counsel: Attorneys Stuart A. Davidson and Mark Dearman from the Robbins Geller Rudman & Dowd LLP firm and Attorneys Steven Jaffe and Seth Lehrman from the Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. firm. As stated at the case management conference, this appointment as interim class counsel is for the period **MAY 23, 2012 THROUGH AND INCLUDING JUNE 15, 2012,** after which time, counsel's authority as interim class counsel vanishes. Should counsel wish to extend the time to serve as interim class counsel beyond June 15, 2012, they must seek permission from the Court.

**IT IS SO ORDERED.**

Dated: May 30, 2012.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE