IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLIN FRASER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ASUS COMPUTER INTERNATIONAL, a California Corporation, and ASUSTEK COMPUTER, INC., a Taiwanese Corporation,

    Defendants.
                                         /

No. C 12-00652 WHA

**ORDER REGARDING DOWNLOADS ON TABLET DEVICES**

In addition to the information requested at the November 8 hearing on the parties' motion for preliminary approval of class action settlement, the parties shall submit information related to TF201 devices that have received direct notifications from Asus to download firmware via an icon appearing on the devices. Specifically, the following information is requested:

- The number of TF201 devices that have actually downloaded Asus firmware from the icon notification procedure.
- If Asus has sent more than one firmware update notification via the icon notification procedure, the number of times the firmware was downloaded per device.
- Information regarding the number of times the "install" or "postpone" option was selected.
- Whether these numbers are confirmable.

The parties shall submit this information by **NOVEMBER 29, 2012**.

**IT IS SO ORDERED.**

Dated: November 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE