IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLIN FRASER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ASUS COMPUTER INTERNATIONAL, a California Corporation, and ASUSTEK COMPUTER, INC., a Taiwanese Corporation,

    Defendants.

No. C 12-00652 WHA

**ORDER REGARDING FORM OF NOTICE**

The Court has received defendant's supplemental filings in support of the motion for preliminary approval of class action settlement (Dkt. No. 56). The following additional information is requested:

- Can a user can turn off push notifications from Asus and, if so, can Asus override the user's settings and send a push notification to a TF201 tablet device, regardless of the user's notifications preference?

- The procedure currently set forth in Exhibits A–C does not make the notice very prominent, and the notice could easily be missed. Rather than using the icon and proposed pop-up with limited text stating "important legal notice from Asus," can Asus use the notice format that appears in Exhibit D as the first pop-up message?

- How long will the information icon, as reflected in Exhibit B, remain on the device?

- The Court will ultimately require a list of all persons bound by the judgment (by name and identifying information). This is needed for ascertainability. How will this notice procedure supply such information?

The parties shall submit this information by **DECEMBER 19, 2012 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 3, 2012.

                                            WILLIAM ALSUP