IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLIN FRASER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ASUS COMPUTER INTERNATIONAL, a California Corporation, and ASUSTEK COMPUTER, INC., a Taiwanese Corporation,

    Defendants.

No. C 12-00652 WHA

**ORDER REGARDING REVISED SETTLEMENT AND JOINT MOTION FOR HEARING**

    The parties have filed a notice of revised settlement and joint motion requesting that the Court set a hearing date on a motion for preliminary approval of settlement (Dkt. No. 65). The parties state that they have agreed to a settlement which limits the release to class members who submit claims. The revised settlement also extends the claims period to 60 days.

    The parties' request for a hearing date of February 21, 2013 is **GRANTED**. The parties should file revised settlement papers no later than **FEBRUARY 11 AT NOON**. Defendants' amended motion to dismiss is held in abeyance; if the motion for preliminary approval is denied, plaintiff's opposition will be due 10 days after the date of the denial order.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE