United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLIN FRASER, individually and on
behalf of all others similarly situated,

                    Plaintiff,

        v.

ASUS COMPUTER INTERNATIONAL, a
California Corporation, and ASUSTEK
COMPUTER, INC., a Taiwanese Corporation,

                    Defendants.

_____/

No. C 12-00652 WHA

**ORDER REGARDING
REVISED SETTLEMENT AND JOINT
MOTION FOR HEARING**

        The parties have filed a notice of revised settlement and joint motion requesting that the
Court set a hearing date on a motion for preliminary approval of settlement (Dkt. No. 65).  The
parties state that they have agreed to a settlement which limits the release to class members who
submit claims.  The revised settlement also extends the claims period to 60 days.

        The parties' request for a hearing date of February 21, 2013 is GRANTED.  The parties
should file revised settlement papers no later than FEBRUARY 11 AT NOON.  Defendants'
amended motion to dismiss is held in abeyance; if the motion for preliminary approval is denied,
plaintiff's opposition will be due 10 days after the date of the denial order.

        **IT IS SO ORDERED.**

Dated:  January 25, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE