1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
DENNIS J. HERMAN (220163)
3  Post Montgomery Center
One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
Telephone:  415/288-4545
5  415/288-4534 (fax)
shawnw@rgrdlaw.com
6  dherman@rgrdlaw.com
   – and –
7  PAUL J. GELLER
STUART A. DAVIDSON (*pro hac vice*)
8  MARK J. DEARMAN (*pro hac vice*)                    FARMER, JAFFE, WEISSING, EDWARDS,
BAILIE L. HEIKKINEN                                             FISTOS & LEHRMAN, P.L.
9  KATHLEEN L. BARBER                                      STEVEN R. JAFFE
120 East Palmetto Park Road, Suite 500           SETH M. LEHRMAN (178303)
10  Boca Raton, FL  33432                                     MARK FISTOS
Telephone:  561/750-3000                               425 North Andrews Avenue, Suite 2
11  561/750-3364 (fax)                                          Fort Lauderdale, FL 33301
pgeller@rgrdlaw.com                                       Telephone:  954/524-2820
12  sdavidson@rgrdlaw.com                                954/524-2822 (fax)
mdearman@rgrdlaw.com                               steve@pathtojustice.com
13  bheikkinen@rgrdlaw.com                             seth@pathtojustice.com
kbarber@rgrdlaw.com                                     mark@pathtojustice.com
14
Attorneys for Plaintiff
15
UNITED STATES DISTRICT COURT
16
NORTHERN DISTRICT OF CALIFORNIA
17
SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19  COLIN FRASER, Individually and on Behalf ) of All Others Similarly Situated, ) | No. 12-cv-00652-WHA |
| 20  ) Plaintiff, ) | CLASS ACTION |
| 21  ) vs. ) | UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, |
| 22  ASUS COMPUTER INTERNATIONAL, et ) al., ) | CERTIFICATION OF THE SETTLEMENT CLASS, SETTING A HEARING ON FINAL APPROVAL OF SETTLEMENT, AND |
| 23  ) ) Defendants. ) | DIRECTING NOTICE TO THE CLASS |

25

26

27

28

Plaintiff Colin Fraser ("Fraser" or "Plaintiff"), pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, respectfully moves for an order granting preliminary approval of the revised class action settlement entered into between Plaintiff and defendants Asus Computer International ("ACI") and ASUSTek Computer Inc. ("ASUS") (collectively, "Asus" or "Defendants," and together with Plaintiff, the "Parties"), as embodied in the Revised Settlement Agreement and Release dated February 11, 2013 (the "Revised Settlement Agreement"),[1] conditionally certifying the Settlement Class,[2] setting a hearing for final approval of the proposed settlement, and directing notice to the Class.  In support, Plaintiff states as follows:

1. On October 1, 2012, following Plaintiff and Defendants' entry into a Settlement Agreement and Release, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class, Setting a Hearing on Final Approval of Settlement and Memorandum of Points and Authorities in Support ("Plaintiff's Unopposed Motion for Preliminary Approval") [Dkt. No. 46].  A hearing was held on November 8, 2012, and on December 21, 2012, this Court entered an Order Denying Motion For Preliminary Approval of Settlement ("Order") [Dkt. No. 61].

2. Counsel for the Parties carefully considered the Court's Order and have entered into a Revised Settlement Agreement that is consistent therewith.

3. The Court has scheduled a hearing on February 21, 2013, to allow the Parties to present the Revised Settlement Agreement to the Court.

4. This Motion incorporates by reference the arguments advanced by Plaintiff in support of preliminary approval, conditional class certification, and approval of the form and manner of

---

[1]      The Revised Settlement Agreement is attached hereto as Exhibit 1. Also, attached as exhibits to the to the Revised Settlement Agreement are the Parties' proposed Full Notice, Summary Notice, Claim Form, Conditional Approval Order, and Final Judgment.  The Revised Settlement Agreement is not yet executed by Defendants as it is the Chinese New Year and they are on holiday.  Counsel for Defendants will execute the Revised Settlement Agreement and has represented that his Clients will do the same before the hearing on February 21, 2013.

[2]      All terms and definitions used herein have the same meanings as set forth in the Revised Settlement Agreement.

1   notice in Plaintiff's Unopposed Motion for Preliminary Approval.  In addition, this Motion describes

2   the revisions to the prior proposed settlement.  *See also* Declaration o f Mark Dearman in Support of

3   Plaintiffs' Unopposed Motion For Preliminary Approval of Revised Class Settlement, dated February

4   11, 2013 and attached as Exhibit 2 ("Dearman Declaration").

5        5.   **First**, the definitions of "Releasing Person" (Definition No. 18) and "Settlement Class

6   Member" (Definition No. 21) have been revised to include only those members of the Settlement

7   Class who participate in the settlement..  Only these individuals will be bound by the release and final

8   judgment.  Any Class member who does not participate in the settlement will not have their rights

9   compromised or affected by the settlement in any way.  *See* Dearman Declaration at ¶4(a).

10        6.   **Second**, the "Claims Period" (Definition No. 5) has been extended from 45 days to 60

11   days.  *See* Dearman Declaration at ¶4(b).

12        7.   **Third**, Class Counsel have agreed to waive any right they may have to apply to the

13   Court for an award of attorneys' fees in connection with the Revised Settlement Agreement, and will

14   only seek reimbursement of their actual out-of-pocket expenses, as well as the stipend payments to

15   Plaintiff and the Cooperating Class Members, as previously requested in the Unopposed Motion for

16   Preliminary Approval.  *See* Dearman Declaration at ¶4(c).

17        8.   As the Revised Settlement Agreement directly addresses the issues raised by the Court

18   in its Order, Plaintiff now respectfully requests that the Court conditionally certify the Settlement

19   Class, schedule a Final Approval Hearing, and direct that notice to be sent to Class Members in the

20   form and manner described in the Revised Settlement Agreement.

21        9.   Plaintiff proposes that the Court require all notices be disseminated no later than 35

22   days after the entry of a Conditional Approval Order.  Plaintiff further requests that briefs in support

23   of final approval of the proposed revised settlement be filed, if at all, no later than 35 days prior to the

24   Final Approval Hearing date and that Class Members' objections be filed no later than 21 days before

25   the Final Approval Hearing date.  Finally, Plaintiff respectfully requests an opportunity to file a reply

26   brief addressing any objections ten days prior to the Final Approval Hearing date.

27

28

1       WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court to

2   preliminarily certify the settlement class, schedule a final approval hearing, and direct notice to be

3   sent to class members.

4

5   DATED:  February 11, 2013                    ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
6                                                PAUL J. GELLER
                                                 STUART A. DAVIDSON (*pro hac vice*)
7                                                MARK J. DEARMAN (*pro hac vice*)
                                                 BAILIE L. HEIKKINEN
8                                                KATHLEEN L. BARBER

9

10                                                       *s/ Mark Dearman*
                                                 MARK J. DEARMAN
11
                                                 120 East Palmetto Park Road, Suite 500
12                                               Boca Raton, FL  33432
                                                 Telephone:  561/750-3000
13                                               561/750-3364 (fax)

14                                               ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
15                                               SHAWN A. WILLIAMS
                                                 DENNIS J. HERMAN
16                                               Post Montgomery Center
                                                 One Montgomery Street, Suite 1800
17                                               San Francisco, CA  94104
                                                 Telephone:  415/288-4545
18                                               415/288-4534 (fax)

19                                               FARMER, JAFFE, WEISSING,
                                                 EDWARDS, FISTOS & LEHRMAN, P.L.
20                                               STEVEN R. JAFFE
                                                 SETH M. LEHRMAN 178303
21                                               MARK FISTOS
                                                 425 North Andrews Avenue, Suite 2
22                                               Fort Lauderdale, FL 33301
                                                 Telephone:  954/524-2820
23                                               954/524-2822 (fax)

24                                               Attorneys for Plaintiff and Interim Class Counsel

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 11, 2013.

  *s/ Mark Dearman*
MARK DEARMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail: mdearman@rgrdlaw.com