IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL, a California Corporation, and ASUSTEK COMPUTER, INC., a Taiwanese Corporation,<br><br>Defendants.<br>_____/ | No. C 12-00652 WHA<br><br>**ORDER REGARDING OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENT** |

Plaintiff has filed a motion for final approval of class action settlement. The deadline for objecting to the settlement was June 20, 2013 (postmarked deadline). The Court has received a number of objections to the proposed settlement, all of which have been filed on the public docket (Dkt. Nos. 76, 88, 89, 90, and 91). If the settlement administrator or class counsel has received any additional objections, whether timely or not, they should be filed with the Court. The parties are requested to respond to any objections received. Responses are due by **JUNE 28, 2013, AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: June 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE